UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           Plaintiff,          :        WAIVER OF SERVICE
                                                                                       :        <u>OF SUMMONS EXECUTED</u>
       -against-                                                          :
                                                                                        :     ___ Civ. _____ (       ) (       )
                                                                                       :
                                                    Defendant(s).    :
------------------------------------------------------------X

     Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, The New York City Department of Correction agrees on behalf of the defendants listed below to waive service of summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint shall be sixty (60) days from the date that this waiver is filed.

Date:_____                      _____
                                                                       *signature of attorney*

                                                                       _____
                                                                       *printed name of attorney*
                                                                       Department of Correction
                                                                       Office of the General Counsel
                                                                       75-20 Astoria Blvd., Suite 305
                                                                       East Elmhurst, NY 11370

_____
*printed name of party waiving service*


_____
 *printed name of party waiving service*


_____
*printed name of party waiving service*


_____
*printed name of party waiving service*


_____
*printed name of party waiving service*