Gardephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

ANGEL NIEVES,

                                                    **STIPULATION AND**
                                    Plaintiff,      **ORDER OF DISMISSAL**

              -against-                             13 Civ. 4627 (PGG)

CORRECTION OFFICER SINACORE, et al.,

                                    Defendants.

-------------------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

        [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/3/14

2.    Notwithstanding the dismissal of this action in accordance with this agreement,

the District Court shall continue to maintain jurisdiction over this action for the purpose of

enforcing the terms of the settlement agreement reached between the parties and set forth in the

Stipulation of Settlement executed by the parties in this matter.

Angel Nieves
*Plaintiff* Pro Se
13-A-4789 Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

By: _____
         Angel Nieves
         *Plaintiff* Pro Se

ZACHARY CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City and Sinacore*
100 Church Street, Rm. 3-157
New York, New York 10007

By: _____
         Daniel Passeser
         *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           March 3  , 2014

2